# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2277
_____

ROBERT GEORGE KNECHT JR.,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


January 10, 2025


PER CURIAM.

DISMISSED.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Robert George Knecht Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.